UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE,<br>   Plaintiff<br>   v.<br>JOHN PODESTA, in his official capacity as Chair of the National Climate Task Force, *et al.*<br>   Defendants. | Civil Action No. 21-1238 (CKK) |

**ORDER**
(November 28, 2022)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendants' [20] Renewed Motion to Dismiss in Part is **GRANTED**. It is further

**ORDERED**, that Defendants John Podesta and National Climate Task Force and all claims against them are **DISMISSED**.

**SO ORDERED**.

Dated: November 28, 2022

                                                            /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge