IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE SECRETARY OF COMMERCE, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-1238-CKK |

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following report pursuant to the Court's March 23, 2023 order.

Undersigned counsel have conferred regarding the processing of Plaintiff's FOIA requests, and Defendants the Department of Commerce ("Commerce") and the Department of Health and Human Services ("HHS") provide the following updates:[1]

**Commerce**. In the period since the parties' last status report, Commerce has continued its consultations with other agencies or components with equities in the remaining records. Commerce will make a final determination on those records promptly as consultations complete, and will either produce any non-exempt, responsive records or otherwise report on the status of its

---

[1] As explained in the parties' previous joint status reports, *see* ECF Nos. 33–36, 38, Defendants the Environmental Protection Administration ("EPA"), the Department of Housing and Urban Development ("HUD"), the Department of Transportation ("Transportation"), the Department of Energy ("Energy"), the General Services Administration ("GSA"), the Office of Management and Budget ("OMB"), the Office of Science and Technology Policy ("OSTP"), the Department of Defense ("Defense"), the Department of Justice ("DOJ"), the Department of Labor ("Labor"), the Department of the Treasury ("Treasury"), and the Department of Homeland Security ("DHS") have completed their reviews of the records identified as potentially responsive and have produced all non-exempt material from responsive records subject to FOIA.

consultations by March 4, 2024.

**HHS**.  As noted in the parties' last status report, HHS previously finished its internal processing and is awaiting the return of records sent to other entities for consult.  On January 2, 2024, HHS released 12 pages in their entirety and 2 pages in part that it had previously sent to other executive branch agencies for consult.  HHS will continue to release outstanding consult pages as they are returned.

Pursuant to the Court's March 23, 2023 Order, the parties will submit a further joint status report within 60 days, *i.e.*, by March 4, 2024.

Dated:  January 2, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Cody T. Knapp*
CODY T. KNAPP, #5715438 (NY)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.:  (202) 532-5663
E-mail:  cody.t.knapp@usdoj.gov

*Counsel for Defendants*

*/s/ Devin Watkins*
Devin Watkins
Competitive Enterprise Institute
1310 L St. NW, 7th Floor
Washington, D.C. 20005
(202) 331-1010
devin.watkins@cei.org

*Counsel for Plaintiff*