IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE SECRETARY OF COMMERCE, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-1238-CKK |

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following report pursuant to the Court's March 23, 2023 order.

Undersigned counsel have conferred regarding the processing of Plaintiff's FOIA requests, and Defendant the Department of Health and Human Services ("HHS") provides the following updates:[1]

**HHS**. As noted in the parties' previous status report, HHS has been awaiting the return of potentially responsive records sent to other entities for consult. Recently, those external consults were completed. HHS is now conducting final processing on the remaining potentially responsive

---

[1] As explained in the parties' previous joint status reports, *see* ECF Nos. 33–36, 38–41, Defendants the Environmental Protection Administration ("EPA"), the Department of Housing and Urban Development ("HUD"), the Department of Transportation ("Transportation"), the Department of Energy ("Energy"), the General Services Administration ("GSA"), the Office of Management and Budget ("OMB"), the Office of Science and Technology Policy ("OSTP"), the Department of Defense ("Defense"), the Department of Justice ("DOJ"), the Department of Labor ("Labor"), the Department of the Treasury ("Treasury"), the Department of Homeland Security ("DHS"), and the Department of Commerce ("Commerce") have completed their reviews of the records identified as potentially responsive and have produced all non-exempt material from responsive records subject to FOIA.

records. At this time, HHS anticipates producing any responsive, non-exempt records to Plaintiff later this month. Following HHS's final production, the parties will confer to determine any appropriate next steps in this litigation.

Pursuant to the Court's March 23, 2023 Order, the parties will submit a further joint status report within 60 days, *i.e.*, by March 4, 2025.

Dated: January 3, 2025                                   Respectfully submitted,

                                                                BRIAN M. BOYNTON
                                                                Principal Deputy Assistant Attorney General

                                                                ELIZABETH J. SHAPIRO
                                                                Deputy Director

                                                                */s/ Cody T. Knapp*
                                                                CODY T. KNAPP, #5715438 (NY)
                                                                Trial Attorney
                                                                U.S. Department of Justice
                                                               Civil Division
                                                               Federal Programs Branch
                                                               1100 L Street NW
                                                               Washington, DC 20005
                                                               Tel.: (202) 532-5663
                                                               E-mail: cody.t.knapp@usdoj.gov

                                                               *Counsel for Defendants*

                                                               */s/ Devin Watkins*
                                                               Devin Watkins
                                                               Competitive Enterprise Institute
                                                               1310 L St. NW, 7th Floor
                                                               Washington, D.C. 20005
                                                               (202) 331-1010
                                                               devin.watkins@cei.org

                                                               *Counsel for Plaintiff*